# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Shammohd Jameil BALLAH<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     1:20MJ 28<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    November 05, 2019    in the county of    Forsyth    in the    Middle    District of    North Carolina    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | It shall be unlawful for any person who has been convicted in any court of a crime punishable by a term of imprisonment exceeding one year, to possess any firearm in or affecting interstate commerce, or to receive any firearm which has been shipped or transported in interstate or foreign commerce. |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF Task Force Officer Travis B. Montgomery
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/06/20

_____
*Judge's signature*

City and state:    Greensboro, North Carolina      L. Patrick Auld, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN
## ARREST WARRANT AND A CRIMINAL COMPLAINT

I, T. B. Montgomery, having been duly sworn according to law, depose and state that:

1. I am employed as a Detective with the Winston-Salem Police Department (WSPD) and have been so employed since 2011. I am currently assigned to the Federal Bureau of Investigation (FBI), Charlotte Division, Greensboro Resident Agency Office as a Task Force Officer (TFO), and have been so since June 2018. In this capacity, I am authorized to investigate matters involving violations of federal law. I hold an Associate's Degree in Criminal Justice Degree through Forsyth Technical Community College.

2. As a Federal Task Force Officer, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States. I have conducted and assisted with numerous investigations involving the commission of violent crimes, such as shootings, aggravated assaults, robberies, etc. Through instruction, training, experience, participation in investigations, and the exchange of information with other law enforcement, agents and officers, I have become familiar with the manner in which people commit violent acts and the methods, language, and terms that are used to further their criminal activities.

3. As a result of my training and experience, I am familiar with the Federal Criminal Codes and know that it is a violation of:

> *18 U.S.C. § 922(g)(1)*, for any person who has been convicted in any court of a crime punishable by a term of imprisonment exceeding one year, to possess any firearm in or affecting interstate commerce, or to receive any firearm which has been shipped or transported in interstate or foreign commerce.

4. The facts set forth in this affidavit are the products of the affiant's investigation as well as the investigation of other law enforcement officers. The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all the facts related to this case.

5. On November 4, 2019, the Winston-Salem Police responded to 2302 Bethabara Rd. in reference to a 911 call that was placed at 6:12 p.m. regarding

a "drive by shooting." Upon arrival Winston-Salem Police located numerous spent shell casings strewn about in the ground in front of 2302 Bethabara Rd. as well as numerous holes on the exterior of that residence consistent with gunfire.

6. After speaking with the victims, they suspected that SHAMMOHD JAMEIL BALLAH ("BALLAH") was the perpetrator of the crime, and additionally that independent witnesses stated that a black BMW passenger car in the area during the time of the incident was the suspect vehicle. BALLAH is associated with a black BMW passenger car through social media and YouTube videos.

7. Cpl. A. Korn with the Winston-Salem Police Department contacted NC Probation/Parole due to him knowing that BALLAH was on GPS monitoring as a condition of his probation. Cpl. Korn advised that BALLAH's GPS points showed him to be in the area of the discharged firearm incident at the same time that Communications was notified about the incident by the victims.

8. On January 5, 2020, Officer M. Parker drafted a search warrant for BALLAH's residence, person, and suspected involved vehicle. The probable cause which was established for this search warrant was drafted under Winston-Salem Police incident report #1969006.

9. On January 5, 2020, BALLAH's GPS location was tracked from Walkertown, NC back to his apartment on Northwood Dr. by Probation Officer Lyons. Upon BALLAH's arrival back at the apartment complex Winston-Salem Police SWAT officers approached the vehicle at approximately 8:53 p.m. BALLAH was seated in the driver's seat of a blue Dodge Ram pick-up truck as he arrived at the apartment and was detain. It should be noted that BALLAH was named in the search warrant and he had a suspended NC driver's license at the time of detention. BALLAH was detained and responded to the front passenger side of the pick-up truck. Also in the aforementioned vehicle was BALLAH's girlfriend seated in the front passenger seat while holding her infant child in her hands. Sgt. T. Walley observed through the right rear window a "Draco pistol" in the floorboard directly behind the front passenger seat. The grip was facing BALLAH's driver's seat and was easily accessible to him. Based on how the firearm was positioned, coupled with the fact that his girlfriend was unable to reach the firearm while holding the infant child, Sgt. Walley believed that the pistol was BALLAH's. For officer safety, Sgt. Walley requested that BALLAH's girlfriend exit the vehicle. Once she exited with her

child, Sgt. Walley instructed Officer C.J. Reynolds to photograph the firearm in the exact position in which it was located. Subsequently, Cpl. A.R. Korn rendered the firearm safe. After crime scene technicians arrived on scene, the Century Arms Micro Draco 7.62x39 caliber pistol (S/N PMD-12375-19RO) was seized as evidence at approximately 10:45 p.m.

10. A criminal history inquiry revealed BALLAH has been convicted of a felony offense punishable by a term of imprisonment exceeding one year. From a review of a certified Judgement and Commitment document from the State of North Carolina, Forsyth County, Winston Salem, BALLAH was convicted of Possession of a Stolen Firearm with an offense date of 01/17/2016 and was sentenced to 6-17 months for this felony conviction and received an active sentence. BALLAH therefore would have knowledge of being a convicted felon and would not have the legal right to possess a firearm and/or ammunition.

11. On January 6, 2020, ATF Special Agent (S/A) Paul Johnson, an interstate nexus expert, was provided with a description as well as photographs of the Century Arms Micro Draco 7.62x39 caliber pistol (S/N PMD-12375-19RO), which had been seized from BALLAH's vehicle on January 5, 2020. S/A Johnson confirmed that the Century Arms Micro Draco 7.62x39 caliber pistol is a firearm as described under Title 18, United States Code, Chapter 44 and was manufactured outside of the State of North Carolina, therefore traveled in interstate and/or foreign commerce prior to being possessed by BALLAH.

12. On February 6, 2020, FBI TFO T. Montgomery contacted the North Carolina Governor's Clemency Office in reference to Shammohd BALLAH's pardon status and confirmed that BALLAH has not received nor applied for a pardon. Therefore, BALLAH's right to possess a firearm or ammunition has not been restored.

13. In light of the foregoing facts, I respectfully assert that probable cause exists for the issuance of a Criminal Complaint for the violation of 18 U.S.C. § 922(g)(1).

_____
Travis Montgomery
FBI Task Force Officer

Sworn to and Subscribed before me this 6th day of February, 2020.

_____
HONORABLE L. PATRICK AULD
UNITED STATES MAGISTRATE JUDGE